IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LADONNA R. FORY, INDIVIDUALLY AND AS NEXT FRIEND OF S.O.F., A MINOR CHILD; AUSTIN TAYLOR STARKS; AND DALTON TAYLOR, Plaintiffs, | § § § § § § | |
| V. | § § | CIVIL ACTION NO. 5:15-cv-00825-RP |
| TRANSAMERICA PREMIER LIFE INSURANCE COMPANY, Defendant. | § § § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant stipulate the above-numbered and entitled civil action is dismissed with prejudice for the reason that the matter has been fully and finally resolved.

**WHEREFORE,** Plaintiff and Defendant stipulate the above-numbered and entitled civil action is dismissed with prejudice and that all costs of Court be paid by the party incurring same.

| | |
|---|---|
| **Respectfully submitted,** | **Respectfully submitted,** |
| DRYER & MAZAHERI, P.L.L.C. | ADKERSON, HAUDER & BEZNEY, P.C. |
| By: /s/ Dain A. Dreyer<br>DAIN A. DREYER<br>State Bar No. 00793639 | By: /s/ Bernie E. Hauder<br>BERNIE E. HAUDER<br>Stated Bar No. 09233600 |
| 111 Soledad, Suite 110<br>Grand Prairie, Texas 75050<br>(972) 263-3722<br>FAX: (972) 237-1690<br>Email: daindreyer@outlook.com | 1700 Pacific Avenue, Suite 4450<br>Dallas, Texas 75201-7323<br>214-740-2500<br>214-740-2501 - Facsimile<br>E-Mail Bernie@ahblaw.net |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT** |