IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LADONNA R. FORY, *individually and as* | § | |
| *next friend of* S.O.F., *a minor child*; | § | |
| AUSTIN TAYLOR STARKS; *and* | § | |
| DALTON TAYLOR, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 5:15-CV-00825-RP |
| | § | |
| TRANSAMERICA PREMIER LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is the parties' Stipulation of Dismissal with Prejudice (Dkt. 12). By way of the stipulation, the parties inform the Court that "Plaintiff and Defendant stipulate the above-numbered and entitled civil action is dismissed with prejudice and that all costs of Court be paid by the party incurring same." (*Id.* at 1).

In light of the parties' agreement, IT IS ORDERED that all claims and causes of action asserted by Plaintiff are hereby DISMISSED WITH PREJUDICE. The Clerk's Office is directed to close this case. *See* Fed. R. Civ. P. 41(a)(1).

Each party is to bear its own attorney's fees and costs.

**SIGNED** on May 2, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1